UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

HEALTH CALL OF DETROIT, INC.,
(Jaden Sears),

    *Plaintiff,*

v.

FARMERS INSURANCE EXCHANGE,

    *Defendant.*

Case No.: 2:16-cv-11345

Hon. Bernard A. Friedman

Magistrate Judge:
Anthony P. Patti

# DEFENDANT FARMERS'
# NOTICE OF SUPPLEMENTAL AUTHORITY

Paul J. Whiting, III (P61570)
Micah R. German (P74215)
WHITING LAW
*Attorneys for Plaintiff*
26300 Northwestern Hwy., Ste. 301
Southfield, Michigan  48067
Tel.: (248) 355-5900
Fax: (248) 355-5901
paul@844whiting.com

Jennifer K. Green (P69019)
Jason R. Canvasser (P69814)
CLARK HILL PLC
*Co-Counsel for Plaintiff*
151 S. Old Woodward Ave., Ste. 3500
Tel.: (248) 988-3215
Fax: (248) 988-2316
jgreen@clarkhill.com
jcanvasser@clarkhill.com

James F. Hewson (P27127)
Sydney K. Terenzi (P80223)
Grant O. Jaskulski (P78264)
HEWSON & VAN HELLEMONT, P.C.
*Attorneys for Defendant*
25900 Greenfield Rd., Ste. 650
Oak Park, Michigan  48237
Tel.: (248) 968-5200
Fax: (248) 968-5270
hewson@vanhewpc.com
sterenzi@vanhewpc.com
gjaskulski@vanhewpc.com

{DocNo. 01795244 }

Now comes the Defendant, Farmers Insurance Exchange, by and through its attorneys, Hewson & Van Hellemont, P.C., and it respectfully submits the attached decision from the Michigan Court of Appeals that was just recently released for publication on May 8, 2018, as supplemental authority for this Honorable Court's review in deciding upon Farmers' April 3, 2018, motion for summary judgment. A copy of the slip opinion is being included with this filing, and the case is also available online at *Jawad A. Shah, M.D., PC v. State Farm Mut. Auto. Ins. Co.*, No. 340370, 2018 WL 2121787 (Mich. Ct. App. May 8, 2018).

Respectfully submitted,

HEWSON & VAN HELLEMONT, P.C.

By: /s/ Grant O. Jaskulski
James F. Hewson (P27127)
Sydney K. Terenzi (P80223)
Grant O. Jaskulski (P78264)
*Attorneys for Farmers*
25900 Greenfield Road, Suite 650
Oak Park, Michigan 48237
(248) 968-5200

Dated: May 10, 2018

**PROOF OF SERVICE**

The undersigned certifies that the foregoing instrument was served upon all parties to the above cause to each of the attorneys of record at their respective addresses on May 10, 2018.

| ☐ U.S. Mail & E-Mail | ☐ Fax to deponent |
| ☐ Hand Delivered | ☐ Overnight Carrier |
| ☐ Certified Mail | ☒ E-File & Serve |

/s/ Michelle L. Alexander
Michelle L. Alexander